AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| IRENE LAROCCA </br> *Plaintiff(s)* </br> v. </br> WALMART STORES, INC. </br> *Defendant(s)* | ) </br> ) </br> ) Civil Action No. 14-4106-JPO </br> ) </br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ %, per annum, along with costs.

☑ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* Walmart Stores, Inc. recover costs from the plaintiff *(name)* Irene Larocca .

☐ **other:** _____ .

This action was *(check one)*:

☐ **tried by a jury with** _____ presiding, and the jury has rendered a verdict.

☐ **tried by** _____ without a jury and the above decision was reached.

☑ **decided by** U. S. Magistrate Judge James P. O'Hara on a motion for summary judgment (ECF doc. 15).

Date: April 22, 2015

*TIMOTHY M. O'BRIEN*
*CLERK OF COURT*

s/ Kathleen L. Grant
*Signature of Clerk or Deputy Clerk*